UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>MARK ANTHONY RIOS,<br><br>         Defendant. | Case No.: 20CR10077-JLS<br><br>**ORDER:**<br><br>**(1) DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; AND**<br><br>**(2) MODIFYING CONDITIONS OF SUPERVISED RELEASE** |

   Pending before the Court is Defendant's Motion for Early Termination of Supervised Release (ECF No. 5). The Court has considered Defendant's motion and the Government's opposition and concludes that early termination of supervised release is not warranted at this time. Defendant has served only 20 months of his 3-year term of supervised release and although his conduct has been exemplary, the Court believes that supervision is still appropriate given the nature of the offense and Defendant's criminal history. Accordingly, Defendant's motion for early termination of supervised release is **Denied**.

However, the Court notes that Defendant's primary hardship with supervision is the loss of work from his current job and other potential job opportunities due to his travel restrictions. The Court finds it reasonable to permit Defendant to travel within the State of California for work purposes, and thus **Hereby Modifies** the conditions of supervised release to permit travel for work purposes within the State of California. Defendant shall notify his Probation Officer prior to leaving San Diego County and upon his return. Should Defendant obtain a new job position requiring out of state travel, the Court would be willing to re-visit this issue if necessary.

    IT IS SO ORDERED.

Dated: March 12, 2021

Hon. Janis L. Sammartino
United States District Judge